In the Matter of the Claim of JOSEPH LANZETTA, Respondent, against ALLIED DECORATING Co., INC., et al., Appellants.

STATE INDUSTRIAL BOARD et al., Respondents.

Submitted October 9, 1941; decided November 19, 1941.

*Irvin A. Snyder* for appellants.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* of counsel), for State Industrial Board, respondent.

*William F. O'Rourke* and *George J. Hayes* for State Insurance Fund, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.